UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KATHERINE MITCHELL,

    Plaintiff,

vs.

CITY OF DAYTON, OHIO, *et al.*,

    Defendants.

Case No. 3:14-cv-198

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

### ORDER ADOPTING REPORT AND RECOMMENDATION

---

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (Doc. #16), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on September 21, 2015 (Doc. #16) is **ADOPTED** in full;

2. Plaintiff's complaint (Doc. #3) is **DISMISSED**; and

3. This case is terminated on the docket of this Court.

Date: 10-14-15

Walter H. Rice
United States District Judge